✓ FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 1 6 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

MICHAEL BAILEY
United States Attorney
District of Arizona

MONICA B. KLAPPER
Assistant U.S. Attorney
Arizona State Bar No. 013755
Monica.Klapper@usdoj.gov

GARY M. RESTAINO
Assistant U.S. Attorney
Arizona State Bar No. 017450
Gary.Restaino@usdoj.gov

Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone: 602-514-7500
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>2. Heriberto Octavio Cruz,<br><br>Defendant. | CR-19-00411-002-PHX-DJH<br><br>**I N F O R M A T I O N**<br><br>**VIO:**  15 U.S.C. § 77e<br>Sale of Unregistered Securities<br>(Count 1) |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

**Count 1**
**Sale of Unregistered Securities**
**(15 U.S.C. § 77e)**

Between about October of 2014 and May of 2017, HERIBERTO OCTAVIO CRUZ made use of a means or instrument of transportation or communication in interstate commerce or the mail to knowingly sell an unregistered security, and in doing so acted willfully.  More specifically, on March 12, 2015, with the use of wire communications, CRUZ sold 68 million unregistered shares of Greenway Design Group LLC's stock to

unindicted co-conspirator J.K. and 68 million unregistered shares to Co-Defendant David Loflin, knowing that the shares were required to be registered with the SEC.   This was done in violation of 15 U.S.C. § 77e.

Dated this 16th day of ~~December, 2019.~~ January, 2020.

                                   MICHAEL BAILEY
                                   United States Attorney
                                   District of Arizona

                                   *s/ Gary M. Restaino*

                                   MONICA B. KLAPPER
                                   GARY M. RESTAINO
                                   Assistant U.S. Attorneys